UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| CHRISTINE JENSEN, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>DISCOVER BANK,<br><br>    Defendant. | Case No. 3:15-cv-03568-JCS<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>The Hon. Jacqueline Scott Corley<br>Complaint Filed: August 3, 2015 |

IT IS HEREBY ORDERED that based upon the stipulation of the parties, the above-captioned action is dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii).

IT IS SO ORDERED.

DATED: January 19, 2016

_____
HON. JACQUELINE SCOTT CORLEY
U.S. DISTRICT COURT MAGISTRATE JUDGE